UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RUIZ,<br><br>           Plaintiff,<br><br>   vs.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>           Defendant. | CASE NO. EDCV 12-1628 AGR<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: July 26, 2013

                                        ALICIA G. ROSENBERG
                                     United States Magistrate Judge